UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THOMAS FUTCH,<br><br>           Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>           Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:22-CV-272-D-RJ** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on February 9, 2023, and Copies To:**

| | |
|---|---|
| Laura Beth Walker | (via CM/ECF electronic notification) |
| George C. Piemonte | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |
| Erica Adams | (via CM/ECF electronic notification) |

DATE:                                  PETER A. MOORE, JR., CLERK
February 9, 2023               (By) /s/ Nicole Sellers
                                                   Deputy Clerk